408 A.2d 529

Commonwealth v. Ponder, Appellant.

Submitted November 14, 1977. Lester G. Nauhaus, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order of lower court affirmed.

614

CERCONE, P. J., concurred in the result.

JACOBS and WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.